| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Holwell, Richard J | 2. Court or Organization<br>USDC/SDNY | 3. Date of Report<br>5/16/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br>○ Nomination    Date    11/4/2003<br>● Initial    ⊙ Annual    ● Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>500 Pearl Street<br>Chambers 1950<br>New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Van Buyn Associates (SEE ATTACHMENT 1) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | PLEASE SEE ATTACHMENT II |

FINANCIAL DISCLOSURE OFFICE    RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | White & Case LLP (post-retirement payments fixed at time of retirement on November 1, 2003). | $970,605 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-employed architect |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J | 5/16/2005 |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SEE ATTACHMENT VII | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $50,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Holwell, Richard J | 5/16/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SEE ATTACHMENTS VIII-A, B & C

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____                    Date    5/18/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FORM A0-10
ATTACHMENT I

Duyn     Van Duyn Associates is a general partnership formed under New York law pursuant to a restated and amended agreement dated December 21, 1979. I jointly own with my spouse a 50% interest in the partnership which owns the building in which we reside.

## FORM A-10
## ATTACHMENT II

1. <u>White & Case Savings and Investment Plan ("SIP")</u>. White & Case is my former law firm. The White & Case SIP was originally established in 1983. It is a qualified 401(K) plan. Subject to certain qualifications, all employees can participate in the plan and may remain in the plan after retirement. Participants are able to select their investments from among a limited list of mutual funds only.

2. <u>White & Case Retirement Income Plan ("RIP")</u>. White Case is my former law firm. The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investment.

3. <u>White & Case Partnership Agreement</u>. White & Case is my former law firm. The amended and restated partnership agreement dated August 1, 2000 governs the operation of the Firm. The equity partners of the Firm are parties to the agreement. Upon ceasing to be an equity partner, such partner's capital account is fixed and distributed in monthly payments over a term of six years.

Form A -10
ATTACHMENT VII. – INVESTMENTS AND TRUSTS

| A.<br>Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code 2<br>J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Van Duyn Assoc., N.Y., N.Y. | D | Rent | P1 | W | | | | | |
| 2. JP Morgan/Chase | B | Interest | M | T | | | | | |
| 3. AT&T | None | | | | Sold in 3; see Attach. VIII-A | | | | |
| 4. Bell South | A | Dividend | A | T | | | | | |
| 5. Lucent | None | | | | Sold in 2003; See Attach. VIII-A | | | | |
| 6. Brokerage Account #1 | | | | | | | | | |
| 7. - Fidelity S&P Tot Mkt | None | | | | Sold in 2003; See Attach. VIII-A | | | | |
| 8. - Fidelity S&P 500 | B | Dividend | M | T | | | | | |
| 9. - Fidelity Contrafund | A | Dividend | M | T | | | | | |
| 10. - Fidelity Lo Pr Stk | C | Dividend | N | T | | | | | |
| 11. - Fidelity Div. Growth | B | Dividend | L | T | | | | | |
| 12. - Brazas Micro Cap | None | | | | Buy | 3/31 | L | | |
| 13. - Matrix Advisors Value | A | Dividend | L | T | Buy | 4/6 | L | | |
| 14. - PIMCO Comm. Real Estate | D | Dividend | M | T | Buy | 2/27 | M | | |
| 15. - First Eagle Overseas A | B | Dividend | M | T | Buy | 4/6 | L | | |
| | | | | | Buy | 11/19 | L | | |
| 16. - Vanguard Ltd Tm T/E (X) | D | Divided | N | T | Bought in 2003; See Attach. VIII-A | | | | |
| | | | | | Part Sale | 2/27 | M | A | |
| 17. - Vanguard Int Tm T/E | C | Dividend | M | T | Buy | 11/19 | M | | |
| 18. - Schwab Money Mkt Fund | A | Interest | A | T | Deposit | 3/22 | N | | |
| | | | | | Part Withdrawl | 3/31 | L | | |
| | | | | | " | 4/6 | L | | |
| | | | | | " | 4/6 | L | | |
| | | | | | " | 8/17 | J | | |
| | | | | | " | 8/17 | K | | |
| | | | | | " | 8/30 | J | | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | - | 11/19 | M | | |
| | | | | | - | 11/19 | L | | |
| 19. IRA #1 | | | | | | | | | |
| 20. - Fidelity Magellan | None | | | | Sell | 2/27 | M | L | |
| 21. - ML Pacific Fund | B | Dividend | K | T | | | | | |
| 22. - UBS-P. Webber U.S. Gov't Sec. | None | | | | Sold in 2003; See Attach. VIII-A | | | | |
| 23. - PIMCO Total Return D | A | Dividend | M | T | Buy | 11/19 | M | | |
| 24. - Ameristock (X) | B | Divid nd | L | T | Bought in 2003; see Attach. VIII-A | | | | |
| 25. - Brandywine | None | | L | T | Buy | 8/12 | L | | |
| 26. - Ariel Appreciation (X) | C | Dividend | M | T | Bought in 2003; See Attach. VIII-A | | | | |
| 27. - PIMCO Comm. Real | B | Dividend | M | T | Buy | 11/19 | M | | |
| 28. - PIMCO Total Ret | C | Dividend | M | T | | | | | |
| 29. - First Eagle Overseas | A | Dividend | L | T | Buy | 2/27 | L | | |
| 30. - Schwab Money Mkt Fund | A | Interest | J | T | Deposit | 8/2 | N | | |
| | | | | | With-drawal | 11/19 | M | | |
| | | | | | - | 11/19 | M | | |
| | | | | | - | 8/2 | L | | |
| 31. IRA #2 | | | | | | | | | |
| 32. - Ameristock (X) | A | Dividend | J | T | Bought in 2003; See Atta h. VIII-A | | | | |
| 33. - First Eagle Overseas A | A | Dividend | K | T | Buy | 11/24 | K | | |
| 34. - Schwab Money Mkt Fund | A | Interest | J | T | Deposit | 8/16 | K | | |
| | | | | | With-drawal | 11/24 | K | | |
| 35. IRA #3 | | | | | | | | | |
| 36. - Fidelity Blue Chip | A | Dividend | J | T | | | | | |
| 37. Fidelity Annuity | | | | | | | | | |
| 38. - Fidelity Contrafund | See Attachment VIII-B | | L | T | | | | | |
| 39. - Fidelity Adv. Gr. Opp. I (formerly Fidelity Growth Opps.) | See Attachment VIII-B | | L | T | | | | | |
| 40. White & Case RIP Pension | See Attachment VIII-B | | | | | | | | |
| 41. White & Case 401 (K) | | | | | | | | | |

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | Type (e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 42. - TCW Galileo Sel | See Attachment VIII-B | | N | T | | | | | |
| 43. - Alliance Prem. Gr. | None | | | | Sold in 2003; See Attach. VIII-A | | | | |
| 44. - Turner Midcap Gr. | See Attachment VIII-B | | M | T | | | | | |
| 45. - RS Emerg. Gr. | None | | | | Sold in 2003; See Attach. VIII-A | | | | |
| 46. - Axiom Int'l Inv. | See Attachment VIII-B | | O | T | | | | | |
| 47. - SSGA Passiv * | See Attachment VIII-B | | N | T | | | | | |
| 48. - Royce Lo Pr Stk | See Attachment VIII-B | | N | T | | | | | |
| 49. - Davis NY Venture | See Attachment VIII-B | | N | T | | | | | |
| 50. - SSgA Bond Mkt (X) | See Attachment VIII-B | | N | T | Bought in 2003; See Attach. VIII-A | | | | |
| 51. White & Case Leo Pension | None | | | | Distri-Bution; See Attach. VIII-C | 8/2 | N | | |

* This fund was erroneously identified in my nomination AO-10 report dated January 14, 2003 as "Strong Gov't Sec." See nomination report, Section VII, line 25.

## FORM A0-10
## ATTACHMENT VIII-A

The investments identified in Attachment VII, items nos. 16, 24, 26, 32 and 50 were purchased in 2003 and, therefore, are not transactions occurring within the reporting period. Moreover, these assets were not listed on my nomination A0-10 report dated January 14, 2003 as they were acquired after the date of that report.

The investments identified in Attachment VII, item nos. 3, 5, 7, 22, 43, 45 and 47 were sold in 2003 and, therefore, are not transactions occurring within the reporting period. However, these assets were listed in my nomination A0-10 report dated January 14, 2003 as they had been acquired tprior to the filing of the report.

**FORM A0-10**
**ATTACHMENT VIII-B**

Item 40.     White & Case Retirement Income Plan ("RIP"). The White & Case RIP is
a defined benefit pension originally adopted in 1985 and is limited to
certain partners and employees of the Firm. The RIP provides upon
retirement an annual benefit, which is a percentage of the total
compensation earned by a participant during membership in the plan. The
contributions to RIP are actuarially determined and are paid by the Firm to
a trust fund. I am fully vested in the plan. Participants have no control
over the trust fund's investments. My annual accrued benefit, payable at
age 60 (in 2006) is $53,238. I do not realize income prior to 2006.

Items 41-50   White & Case 401(K) Plan. The plan administrator, CitiStreet Retirement
Plan, does not provide plan participants with periodic income information
on either an aggregate or per-fund basis. The only information provided is
the change in valuation over time. This information is provided below:

| FUND | VALUATION 01/01/04 | VALUATION 12/31/04 |
|---|---|---|
| TCW Galileo Sel | $252,883 | $284,580 |
| Turner Mid Cap Growth | 142,037 | 157,726 |
| Axiom Int'l Inv. | 550,412 | 600,972 |
| Royce Lo Pr Stk | 220,437 | 250,503 |
| Davis NY VentureA | 412,324 | 463,345 |
| SSGA Passive | 292,060 | 302,866 |

Items 37-39   Fidelity Annuity. Fidelity does not provide any periodic income
information on either an aggregate or per-fund basis. The only
information provided is periodic valuation. The 1/1/04 valuations of the
Fidelity Annuity Contrafund and Fidelity Annuity Adv. Gr. Opp. 1 were
$60,767 and $92,418, respectively; the 12/31/04 valuations were $69,609
and $98,269, respectively.

## FORM A0-10
## ATTACHMENT VIII-C

My accrued benefits in the White & Case LE● Pension Plan ($281,907) were distributed to me on 8/2/04 and reinvested in various rollover IRA's. There was no gain on the transaction. The value of this plan was reduced to zero by the end of the reporting period.